# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLAS HOFFMAN,<br><br>   Petitioner,<br><br>   v.<br><br>ANDRE MATEVOUSIAN[1],<br><br>   Respondent. | Case No.  1:15-cv-00122-GSA-HC<br><br>ORDER REGARDING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

   Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

   On January 22, 2015, Petitioner, by and through counsel, filed his petition for writ of habeas corpus. (ECF No. 1). On January 23, 2015, Jeremy Gordon, Esq., petitioned this Court for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 3). As part of his pro hac vice application, Mr. Gordon consented to ECF Registration and Electronic Service. Mr. Gordon named Ms. Carol Ann Moses, Esq., who is a member of the Bar of this Court, as the designee. (ECF No. 3).   On January 26, 2015, this Court granted Mr. Gordon's application for admission to practice Pro Hac Vice.  (ECF No. 5).  Petitioner consented to Magistrate Judge

---

[1] Petitioner has advised the Court that Andre Matevousian is the new Warden at the U.S. Penitentiary at Atwater. Andre Matevousian will be substituted for Paul Copenhaver as Respondent in this matter.

1

1 jurisdiction on January 26, 2015.  (ECF No. 6).  On February 11, 2015, the undersigned
2 dismissed the petition.  (ECF No. 7).

3       On March 18, 2015, Petitioner filed a document entitled, "Motion for Extension of Time
4 for Excusable Neglect, F. R. CV. P. rule 6(b) Pro-se."  (ECF No. 11).  At this time, it is unclear
5 whether Mr. Gordon still represents Petitioner in this action.

6       Accordingly, IT IS HEREBY ORDERED that Mr. Gordon is DIRECTED to advise the
7 Court whether he still represents Petitioner in this action within **fourteen (14)** days of the date of
8 service of this Order.

10 IT IS SO ORDERED.

11    Dated:   **March 19, 2015**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2